**BK Attorney Services, LLC**

PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Jul 13, 2010    TIME RECEIVED: 02:06PM    TOTAL SERVED: 24

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:    Jose Luis Claudio, Sr.             CASE NO: 10-31324

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    L. Jed Berliner, Esquire
ADDRESS              95 State Street, Suite 1010
                     Springfield, MA 01103-2081

The undersigned, does hereby certify the following to be true and correct.

On Tuesday, July 13, 2010, a copy of the following documents, described below,

**Chapter 13 Cover Sheet and Pre-Confirmation Chapter 13 Plan**
**Certificate of Service**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

I, Jay Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: July 13, 2010

Jay Jump
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service & Master Mailing List*

Case Number:     10-31324

CITIFINANCIAL AUTO CORPORATION
P.O. BOX 182287
COLUMBUS OH 43218-2287

American Infosource Lp As Agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Applied Bank
601 Delaware Ave
Wilmington, DE 19801

Cap One
Po Box 85520
Richmond, VA 23285

Chex Systems
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125

Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021

Conscrdtsvcs
1501 S Commerce St
Las Vegas, NV 89102

Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374

Experian
Profile Maintenance
PO Box 9558
Allen, TX 75013

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Gmac Mortgage
Po Box 4622
Waterloo, IA 50704

Hsbc Auto
6602 Convoy Ct
San Diego, CA 92111

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Innovis
250 E. Town Street
Columbus, OH 43215

Julie Moran, Esquire
Orlans Moran PLLC
PO Box 962169
Boston, MA 02196

Orlans Moran
PO Box 962169
Boston, MA 02196

T-Mobile
600 Beacon Pkwy W Ste 30
Birmingham, AL 35209

Td Bank N.A.
32 Chestnut St
Lewiston, ME 04240

Trans Union
Attn: Public Records Dept.
555 West Adams Street
Chicago, IL 60661

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301

Usa Credit
Customer Service One Millennium Dri
Uniontown, PA 15401

Denise M. Pappalardo
P. O. Box 16607
Worcester, MA  01601

Jose Luis Claudio Sr.
100 Clayton Street
Springfield, MA  01107

Richard King
Office of the U. S. Trustee
446 Main Street
14th Floor
Worcester, MA  01608

*Certificate of Service & Master Mailing List*